# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL OLSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY, a New Jersey corporation; and DOES 1 through 100 inclusive,<br><br>Defendant. | Case No.: 19-cv-865-MMA-BGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF NO. 16]** |

The parties' Joint Motion to Continue Early Neutral Evaluation and Case Management Conference (ECF No. 16) is currently before the Court. Having read and considered the Joint Motion, the Court **GRANTS** the parties' request to continue the Early Neutral Evaluation and Case Management Conference currently set for November 13, 2019 to **December 20, 2019 at 1:30 PM**.

No later than **December 6, 2019**, the parties must submit their confidential ENE statements directly to Judge Skomal via **efile_Skomal@casd.uscourts.gov**. All other terms of the Order dated May 9, 2019 (ECF No. 4) shall remain in effect.

**IT IS SO ORDERED.**

Dated: October 30, 2019

_[signature]_
Hon. Bernard G. Skomal
United States Magistrate Judge

1

19-cv-865-MMA-BGS