UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL OLSON, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY, a New Jersey corporation; and DOES 1 through 100 inclusive,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 19-cv-865-MMA-BGS<br><br>**ORDER GRANTING JOINT MOTION TO PERMIT TELEPHONIC APPEARANCES**<br><br>**[ECF NO. 20]** |

　　　　The parties' Joint Motion to excuse the personal appearance of the named parties and allow for the telephonic appearance of counsel at the December 20, 2019 Early Neutral Evaluation and Case Management Conference (ECF No. 20) is currently before the Court.

　　　　Having read and considered the Joint Motion, the Court **GRANTS** the parties' request. The December 20, 2019 Early Neutral Evaluation and Case Management Conference is **RESET** to the morning of **December 20, 2019** at **10:00 AM** and **CONVERTED** into a **telephonic, attorneys** only conference. At that time, counsel for

1

Plaintiff is responsible for coordinating and initiating a JOINT call with defense counsel into Judge Skomal's chambers at (619) 557-2993.

**IT IS SO ORDERED.**

Dated: December 12, 2019

Hon. Bernard G. Skomal
United States Magistrate Judge