# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phil Olson, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Becton, Dickinson and Company, a New Jersey corporation; DOES 1 through 100 inclusive,<br><br>　　　　　　　　　　Defendant. | Case No.: 19-cv-00865-MMA-BGS<br><br>**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

　　　　Pursuant to Rule 16.1(d) of the Local Rules, a Case Management Conference was held on **January 28, 2020**. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

　　　　1.　　Any motion to join other parties, to amend the pleadings, or to file additional pleadings must be filed by **February 28, 2020**.

　　　　2.　　Fact and class discovery are not bifurcated, but class discovery must be completed by all parties by **August 28, 2020**. "Completed" means that all discovery under Rules 30–36 of the Federal Rules of Civil Procedure, and discovery subpoenas

1

under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel must promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, counsel must follow the procedures outlined in the undersigned magistrate judge's chambers rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.** Discovery limits in the Federal Rules of Civil Procedure and Civil Local Rules, including Federal Rule of Civil Procedure 33(a)(1) and Civil Local Rules 33.1.a and 36.1.a shall apply. Absent leave of Court to exceed these limits, the Court will not consider any discovery dispute arising from discovery requests in excess of these limits.[1]

    3.    Any motion for class certification must be filed on or before **September 28, 2020**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in a motion not being heard.

    4.    A telephonic, attorney's only Status Conference will be conducted by Magistrate Judge Bernard G. Skomal on **December 9, 2020 at 10:00 AM** to discuss outstanding discovery the parties still need to complete. Plaintiff's counsel is responsible

---

[1] The parties may coordinate the exchange of class related expert discovery if needed. If they would like the Court to set class-related expert discovery dates, they must jointly contact the chambers of Judge Skomal within three (3) days of the issuance of this order.

for coordinating and initiating a **JOINT** call to Judge Skomal's chambers at that time at (619) 557-2993. The Court defers issuing the remainder of the pretrial schedule at this time.

5. Failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

6. The parties must review the chambers' rules for the assigned district judge and magistrate judge.

7. The dates and times set forth herein will not be modified except for good cause shown.

8. Briefs or memoranda in support of or in opposition to any pending motion must not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum will exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length must have a table of contents and a table of authorities cited.

9. Plaintiff's counsel must serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: February 4, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge