# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL OLSON,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BECKTON, DICKSON AND COMPANY, DOES 1 THROUGH 100,<br><br>　　　　　　　　　　　　　Defendants. | Case No.: 19-cv-865-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND**<br><br>[Doc. No. 27] |

On May 8, 2019, Beckton, Dickson and Company ("Defendant") filed a notice of removal of this action from San Diego County Superior Court. *See* Doc. No. 1.  In April 2020, the parties participated in mediation, which resulted in a global settlement of this case as well as a related case. *See Ramirez v. CareFusion Resources LLC*, 18-cv-2852-BEN (KSC).  The parties now jointly request that this case be remanded to state court for consolidation and approval of the global settlement.  Having reviewed the joint motion, good cause appearing, the Court **GRANTS** the joint motion and **REMANDS** this case to San Diego County Superior Court.  The Court **DIRECTS** the Clerk of Court to terminate all pending motions, deadlines, and/or hearings, and close the case

**IT IS SO ORDERED.**

Dated:  November 25, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge